IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------
TAMMY KELLY,

                              Plaintiff,

             -vs-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                        Defendant.
------------------------------------------------------

: CASE NO.  1:12 CV 00102

: <u>ORDER ADOPTING THE</u>
: <u>MAGISTRATE JUDGE'S REPORT AND</u>
: <u>RECOMMENDATION AND AFFIRMING</u>
: <u>THE COMMISSIONER'S DECISION</u>

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     Plaintiff Tammy Kelly seeks review of the final decision of the Commissioner of

Social Security, denying her claim for social security disability benefits. This case was

referred to United States Magistrate Judge Kathleen B. Burke for a Report and

Recommendation ("R&R") pursuant to Local Civil Rule 72.2(b).  In an R&R dated 3

January 2013, Magistrate Judge Burke concluded that the plaintiff's challenge to the

Commissioner's decision is without merit. She recommended that the Commissioner's

decision be affirmed.

     The magistrate judge advised that any objections to the R&R were due within

"fourteen (14) days after the party objecting has been served with a copy of [the] Report

and Recommendation." She indicated that "[f]ailure to file objections within the specified

time waives the right to appeal the District Court's order." No objections have been filed.

The Court has reviewed Magistrate Judge Burke's R&R. Finding it well-reasoned and without error, the Court adopts it in its entirety. The decision of the Commissioner is therefore affirmed.

IT IS SO ORDERED.

/s/ Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 23 January 2013